# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY G. BAILEY

NO. 2019 KW 1234

OCT 28 2019

---

In Re:   Anthony G. Bailey, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 022064.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Parole eligibility determinations are the sole function of the Department of Public Safety and Corrections. See La. R.S. 15:574.2 et seq. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT